# CASE ANNOUNCEMENTS

*June 17, 2011*

[Cite as *06/17/2011 Case Announcements*, 2011-Ohio-2940.]

## MOTION AND PROCEDURAL RULINGS

**2010–1335. Am. Chem. Soc. v. Leadscope, Inc.**
Franklin App. No. 08AP–1026, 2010-Ohio-2725. This cause is pending before the court as an appeal from the Court of Appeals for Franklin County.

Upon consideration of the motions for admission pro hac vice of David W. DeBruin, Matthew E. Price, Matthew S. Hellman, and Lindsay Harrison, it is ordered by the court that the motions are granted.

**2010–1536. State ex rel. O'Shea & Assoc. Co., L.P.A. v. Cuyahoga Metro. Hous. Auth.**
Cuyahoga App. No. 93275, 190 Ohio App.3d 218, 2010-Ohio-3416. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon review of the brief of amicus curiae United States of America, it is evident that Tony West, Leonard Schaitman, Helen R. Kanovsky, John P. Opitz, John B. Shumway, and Lee Ann Richardson have not filed timely motions for admission pro hac vice pursuant to S.Ct.Prac.R. 1.2. Therefore, it is ordered by the court, sua sponte, that Tony West, Leonard Schaitman, Helen R. Kanovsky, John P. Opitz, John B. Shumway, and Lee Ann Richardson are stricken from the brief of amicus curiae United States of America for failure to comply with S.Ct.Prac.R. 1.2 and Gov.Bar R. XII(2)(A)(6)(a)–(e).

**2010–1705. In re All Cases Against Sager Corp.**
Cuyahoga App. No. 93567, 188 Ohio App.3d 796, 2010-Ohio-3872. This cause is pending before the court as an appeal from the Court of Appeals for Cuyahoga County.

Upon review of the brief of amici curiae, Ohio Insurance Institute, et al., it is evident that Mark A. Behrens and Cary Silverman have not filed a timely motion for admission pro hac vice pursuant to S.Ct.Prac.R. 1.2. Therefore, it is ordered by the court, sua sponte, that Mark A. Behrens and Cary Silverman are stricken from the brief of amici curiae for failure to comply with S.Ct.Prac.R. 1.2 and Gov.Bar R. XII(2)(A)(6)(a)–(e).

**2011–0033. State v. Johnson.**
Butler App. No. CA2009–12–307, 190 Ohio App.3d 750, 2010-Ohio-5808. This cause is pending before the court as an appeal from the Court of Appeals for Butler County.

Upon consideration of the motions for admission pro hac vice of Michael W. Price, Norman L. Reimer, and Susan J. Walsh, it is ordered by the court that the motions are granted.

**2011–0328. Sogg v. Goodman.**
Franklin App. No. 10AP–358, 2011-Ohio-81. This cause came on for further consideration upon the filing of appellant's motion for reconsideration.

Upon review of the notice of appeal, memorandum in support of jurisdiction, and motion for reconsideration, it is evident that John R. Wylie, Charles R. Watkins, Arthur T. Susman, and Glenn L. Hara have not filed timely motions for admission pro hac vice pursuant to S.Ct.Prac.R. 1.2. Therefore, it is ordered by the court, sua sponte, that John R. Wylie, Charles R. Watkins, Arthur T. Susman, and Glenn L. Hara are stricken from the notice of appeal, memorandum in support of jurisdiction, and motion for reconsideration for failure to comply with S.Ct.Prac.R. 1.2 and Gov.Bar R. XII(2)(A)(6)(a)–(e).